UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

CHAUNCEY DOTY,

    Plaintiff,

vs.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE No. 2:12-CV-01727-MC

**ORDER AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b)**

It is hereby ORDERED that attorney fees and costs in the amount of $16,930.50, which represent 25% of past-due benefits, pursuant to **42 U.S.C. § 406(b)**. Attorney for Plaintiff has demonstrated a valid attorney fee agreement which allows for 25% of Plaintiff's past-due benefits to be paid as an attorney fee. The amount of the attorney fee shall be paid to Plaintiff's attorney, with a check being made out to Plaintiff's attorney, and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at P.O. Box 1105, Salem, OR 97308-1105.

DATED this __9__ day of __Dec__, 2016.

_____
Michael J. McShane
United States District Court Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1